AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Idaho

| | |
|---|---|
| United States of America  )  <br> v.  )  <br> Sarah Elizabeth George  )  <br> )  <br> )  <br> )  <br> )  <br> *Defendant(s)* | Case No.  <br> 1:26-mj-00044-DKG |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __February 18, 2026__ in the county of __Ada__ in the _____ District of __Idaho__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 844(f)(1) | Malicious Destruction of Government Property by Fire |
| 18 U.S.C. 844(i) | Malicious Destruction of Property Used or Affecting Interstate or Foreign Commerce |

This criminal complaint is based on these facts:

Please see attached affidavit

☑ Continued on the attached sheet.

*Complainant's signature*

Daniel R. Ramirez, FBI Special Agent

Sworn to before me telephonically and signed electronically via teleconference with the identity of the Complainant vouched for by Assistant United States Attorney __Francis J. Zebari__ in accordance with the requirements of Fed. R. Crim. P. 4.1.

Date: 02/23/2026

*Judge's signature*

City and state: Boise, Idaho

Debora K. Grasham, U.S. Magistrate Judge
*Printed name and title*

| | | |
|---|---|---|
| DISTRICT OF IDAHO, | ss: | AFFIDAVIT OF DANIEL RAMIREZ |
| STATE OF IDAHO | | Case No. 1:26-mj-044-DKG |

**AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT AND ARREST WARRANT**

I, Daniel Ramirez, being duly sworn, do hereby depose and state the following:

**AFFIANT BACKGROUND**

1. I am a Special Agent with the Federal Bureau of Investigation (FBI) and have been since August 1, 2021. I am currently assigned to a National Security and Weapons of Mass Destruction (WMD) squad at the Boise Resident Agency of FBI's Salt Lake City Division. The focus of the WMD squad is to investigate chemical, biological, radiological, nuclear, and explosives violations of federal law. During my law enforcement career, I have participated in the execution of search warrants and seized evidence of such violations. I have also participated in the investigation of violent crime. During my career in the FBI, I have acquired experience and knowledge about criminal matters from training, informants, defendants, other law enforcement officers, and from participating in a variety of criminal investigations.

2. Based on my training and experience and the facts as set forth in this affidavit, there is probable cause to believe that violations of 18 U.S.C. § 844(f)(1) (malicious destruction of government property by fire) and 18 U.S.C. § 844(i) (malicious destruction of property used or affecting interstate or foreign commerce), have been committed by Sarah Elizabeth George.

3. This affidavit is intended to show only that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter. The facts set forth in this affidavit are based on my own personal knowledge, knowledge obtained from other individuals during my participation in this investigation, including other law enforcement officers, interviews of witnesses, a review of records related to this investigation,

1

communications with others who have knowledge of the events and circumstances described herein, and information gained through my training and experience.

## APPLICABLE OFFENSES

4. 18 U.S.C. 844(f)(1) provides that, "Whoever maliciously damages or destroys, or attempts to damage or destroy, by means of fire or an explosive, any building, vehicle, or other personal or real property in whole or in part owned or possessed by, or leased to, the United States, or any department or agency thereof, or any institution or organization receiving Federal financial assistance, shall be imprisoned for not less than 5 years and not more than 20 years, fined under this title, or both."

5. 18 U.S.C. 844(i) provides that, "Whoever maliciously damages or destroys, or attempts to damage or destroy, by means of fire or an explosive, any building, vehicle, or other real or personal property used in interstate or foreign commerce or in any activity affecting interstate or foreign commerce shall be imprisoned for not less than 5 years and not more than 20 years, fined under this title, or both."

## SUMMARY OF PROBABLE CAUSE

6. On February 18, 2026, at approximately 2300 hours, an individual later identified as Sarah Elizabeth George, stole a Canyon County Paramedics ambulance that was parked outside the St. Luke's Hospital Emergency Center, located at 520 South Eagle Road, Meridian, Idaho.

7. At approximately 2306 hours, Closed-Circuit Television ("CCTV") obtained from within the ambulance indicated George briefly stopped in a nearby parking lot, north of St. Luke's. George loaded at least two gas jugs and a bag inside the ambulance, which appeared to have been stashed behind bushes on the edge of the parking lot.

8. At approximately 2310 hours, George drove the ambulance through the south entrance doors of the Portico Building, located at 3330 E. Louise Drive, and eventually stopped inside the lobby. CCTV from the ambulance indicated George exited the ambulance and began pouring the contents of the two gas jugs around the lobby floor.

9. Shortly thereafter, officers from Meridian Police Department arrived in the vicinity and George fled the building on foot. Law enforcement was able to find surveillance video of George purchasing gasoline at a Fred Meyer gas station. Law enforcement retrieved the financial records from this transaction, and business records for Fred Meyer indicate that she used a rewards/loyalty card in her name (Sarah Elizabeth George). This caused law enforcement to research her name in the Idaho DMV database. They found her entry. The description matches the physical characteristics of what was observed. Additionally, law enforcement found a truck, matching the truck as observed at Walmart and Fred Meyer, registered to Russell and Crystal George (relation unknown). Additionally, law enforcement observed this truck and noted similarities to the actual truck seen in surveillance footage. Additionally, law enforcement found what appears to be George's Facebook page. It apparently contains adverse political positions against ICE/DHS.

10. The U.S. General Services Administration ("GSA") leased space in the Portico Building for the U.S. Department of Homeland Security's ("DHS"), U.S. Immigration and Customs Enforcement ('ICE").

**PROBABLE CAUSE**

11. On February 18, 2026, at approximately 2300 hours, an individual later identified as George[1] stole a Canyon County Paramedics ambulance from outside the St. Luke's Hospital

---

[1] The assertion the individual is George is based on the totality of the evidence as set forth herein. Investigators did not identify the suspect as George until February 23, 2026 as set forth in

3

Emergency Center, shortly after the ambulance transported a patient from the St. Luke's Nampa, Idaho campus.

12. At approximately 2310 hours, Sarah Elizabeth George, whose identity was unknown at the time, drove the ambulance through the south entrance doors and inside the lobby of the Portico Building. News outlets in the region have recently reported that GSA leased space in the Portico Building for DHS/ICE.

13. Shortly thereafter, officers from Meridian Police Department arrived in the vicinity and were unable to locate George. Tactical teams and other law enforcement members secured the property for further investigation, including obtaining CCTV of the incident from St. Luke's Security.

14. CCTV revealed that George approached the ambulance, entered the driver's seat, and drove away. George appeared to be wearing a dark beanie, face mask, dark-colored jacket, tan-colored pants, and dark shoes.

15. On February 19, 2026, law enforcement obtained CCTV footage from various businesses in the area, yielding the following facts, all which occurred on the date of the incident, February 18, 2026.

16. At approximately 2238 hours, CCTV from Primary Health, located at 3280 East Lanark Street, Meridian, Idaho, showed that a dark-colored pickup truck parked at the business. Primary Health was closed at this time. A subject matching George's description was observed headed South, on foot, in the direction of St. Luke's. This was approximately 22 minutes before George stole the ambulance, which was at approximately 2300 hours.

---

this affidavit.

4

17. At approximately 2304 hours, CCTV from inside from the ambulance's onboard computer revealed that George parked the ambulance in a nearby lot, exited, and loaded at least two gas jugs and a plastic bag inside the ambulance. These items appeared to have been stashed behind bushes on the edge of the parking lot prior to stealing the ambulance.

18. At approximately 2310 hours, CCTV from inside the lobby of the Portico Building and from the ambulance revealed that George exited the ambulance, recovered the gas jugs from the back of the ambulance, and poured the contents of the jugs around the lobby floor.

19. Shortly thereafter, George fled the building on foot, heading north, once law enforcement arrived in the vicinity.

20. At approximately 2313 hours, a dash camera from a Meridian Police Department unit captured footage of George crossing Fairview Ave., heading north towards Primary Health.

21. At approximately 2315 hours, CCTV from RC Willey's front parking lot, located at 3301 E. Lanark St., Meridian, Idaho, captured George walking north through the lot, towards Primary Health.

22. At approximately 2322 hours, George entered a Dodge Dakota, drove westbound towards Eagle Rd., then turned north on Eagle Rd. This was approximately ten minutes after George was observed on CCTV exiting the Portico Building after crashing the ambulance.

23. The distance between the Portico Building, across Fairview Ave., to Primary Health is approximately 0.5 miles, which Google Maps indicated is approximately an 11-minute travel time by foot.

24. On February 19, 2026, law enforcement personnel trained in crime scene processing and evidence collection processed the crime scene at the Portico Building.

25.     Law enforcement located a plastic Walmart bag in the passenger floorboard of the ambulance. The bag resembled the bag that George carried into the ambulance during the crime. The bag contained a bottle of lighter fluid.

26.     Two plastic red gas jugs were also located in the lobby, near the crashed ambulance. These specific brands of lighter fluid and gas jugs are commonly found at Walmart.

27.     Law enforcement canvased the closest Walmart to the scene, located at 4051 E. Fairview Ave., Meridian, Idaho. Walmart identified and provided a receipt, dated February 18, 2026, at 2117 hours, which contained several items observed in George's possession during commission of the crime. The receipt is depicted below:



28.     Additionally, Walmart provided photographs of Sarah Elizabeth George who purchased the aforementioned items, which matched the description of the skin color, build, top, pants, and footwear of George. The bottom of a cell phone is observed sticking out of George's right pants pocket. Additionally, two gas jugs and a Walmart bag were carried by George. Two photographs of this are depicted below:

6





7

29.     Walmart provided photographs of the vehicle that George departed Walmart in. The vehicle matched the description of Dodge Dakota. The vehicle appeared to be a dark-colored Dodge pickup truck bearing an Idaho plate. The vehicle is depicted below:



30.     On February 21, 2026, law enforcement obtained CCTV footage from various businesses in the area, to include the Fred Meyer gas station located at 1850 E. Fairview Ave., Meridian, Idaho. This footage shows that at approximately 2129 hours on February 18, 2026, that George purchased gas at the Fred Meyer gas station using a financial transaction card. George pumped gas into two gas jugs and added gas to Dodge Dakota. George departed at 2139 hours. Two photographs of this are depicted below:

8



31.     Based on your affiant's training, experience, and the facts of the investigation thus far, it is believed that George intentionally stole a Canyon County Paramedic ambulance and used it to force entry and cause damage to 3300 East Louise Drive, a building that was partially leased by DHS/ICE. It is also believed that George attempted to further damage the building by pouring gasoline on the lobby floor with intent of setting fire to it. I submit the identity is Sarah Eliabeth George for the reasons stated below.

*Investigation to Identify Sarah Elizabeth George*

32.     As previously mentioned, the identity of George was unknown at the beginning of the investigation. Law enforcement was able to identify her, and identify corroborating facts, as detailed below.

33.     On February 23, 2026, law enforcement received business records from Fred Meyer for the date/time of the purchase of gasoline as observed in the surveillance video. According to records, there was a loyalty/rewards card used in her name (Sarah Elizabeth George). Law enforcement obtained the financial transaction card number used, but no name was

9

associated with the number as provided by Fred Meyer. Law enforcement is awaiting additional legal process to determine the identity of the cardholder.

34. Law enforcement searched the Idaho DMV (Department of Motor Vehicles) database with the name "Sarah Elizabeth George." I know this database to be generally accurate and reliable. I was able to locate a DMV photo and physical characteristic identifiers for Sarah Elizabeth George. They match the physical characteristics as observed in the surveillance footage from Walmart and Fred Meyer.

35. Law enforcement did additional research on names/vehicles pursuant to the Idaho DMV records. Law enforcement found a 2005 Blue Dodge Dakota truck registered to Russell and Crystal George. Their relationship to Sarah Elizabeth George is unknown at this time, but I submit it is consistent with the same truck used as transport on the night of the crime. I do so, as law enforcement was able to observe the truck on surveillance footage and compare it to photographs taken by law enforcement on February 23, 2026, while surveilling the residence where George is believed to reside. Law enforcement noted consistent features that suggest it is the same truck.

36. Below is a photo of truck as seen by Walmart surveillance:

10



Below is a photo from Google Maps taken approximately two years ago at an address associated with George. The red circles indicate similarities as observed in the surveillance photo to law enforcement:

11



Additionally, the faded paint, make, model, and color all match.

      37.      On February 6, 2026, local law enforcement in Idaho conducted a traffic stop with George. A still from the officer's body-worn camera depicts George providing her Idaho state driver's license. The officer's report indicates she was driving a blue Dodge Dakota, matching the vehicle described herein.

12



38.     Law enforcement found what they believe to be a Facebook page linked to George. This is based on the identifiers on the page itself and pictures as depicted below.



39.     On that same Facebook page, law enforcement located the following post on February 18, 2026, at 0613 hours:

13



//

//

//

//

//

//

14

## CONCLUSION

40.     Based on the foregoing, I submit that probable cause exists to believe that Sarah Elizabeth George committed the offense of 18 U.S.C. § 844(f)(1) (Malicious Destruction of Government Property by Fire) and 18 U.S.C. § 844(i) (Malicious Destruction of Property Used or Affecting Interstate or Foreign Commerce).

I declare under penalty of perjury that the statements above are true and correct to the best of my knowledge and belief.

Respectfully submitted,

_____
DANIEL RAMIREZ
FBI Special Agent

Subscribed and sworn to before me this 23rd day of February 2026 by Zoom Teleconference.

_____
THE HONORABLE DEBORA K. GRASHAM
United States Magistrate Judge

15