AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Idaho

| | | |
|---|---|---|
| United States of America<br>v.<br>Sarah Elizabeth George<br><br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No.  1:26-mj-00044-DKG |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     Sarah Elizabeth George                                                                                                   ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☑ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 844(f)(1) Malicious Destruction of Government Property by Fire
18 U.S.C. § 844(i)     Malicious Destruction of Property Used or Affecting Interstate or Foreign Commerce

Date:     02/23/2026                              

*Issuing officer's signature*

City and state:     Boise, Idaho                              Debora K. Grasham, United States Magistrate Judge
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 2/23/26, and the person was arrested on *(date)* 2/23/26<br>at *(city and state)* Boise, Idaho.<br><br>Date: 2/23/2026<br><br>J. Jordan #247<br>*Arresting officer's signature*<br><br>J. JORDAN #247<br>*Printed name and title* |

AO 442 (Rev. 11/11) Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender: Sarah Elizabeth George

Known aliases:

Last known residence: 3554 South Five Mile Road, Boise, Idaho 83709

Prior addresses to which defendant/offender may still have ties: 7671 West Iron Court, Boise, Idaho 83704

Last known employment:

Last known telephone numbers:

Place of birth:

Date of birth: 01/27/1983

Social Security number: 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

Height: 66 inches          Weight: 250 lbs

Sex: Female                Race:

Hair: Brown                Eyes: Blue

Scars, tattoos, other distinguishing marks:

History of violence, weapons, drug use:

Known family, friends, and other associates *(name, relation, address, phone number)*:

FBI number:

Complete description of auto:

Investigative agency and address:

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:

Date of last contact with pretrial services or probation officer *(if applicable)*: